HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
DONOVAN GLASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-po-00161-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) |
| DONOVAN GLASS, | ) Date:  November 16, 2023 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Carolyn K. Delaney |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for prosecution, and Assistant Federal Defender Linda Harter, counsel for defendant Donovan Glass, that the status conference scheduled for October 19, 2023 at 9:30 a.m. be continued to **November 16, 2023 at 9:30 a.m.**

The defendant is currently in state custody and thus will be unavailable to appear. Accordingly, the parties request that the status conference in this matter be continued to Thursday, November 16, 2023, at 9:30 a.m.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

| | | |
|---|---|---|
| 1 | Dated: October 16, 2023 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Public Defender |
| 3 | | */s/ Linda Harter* |
| 4 | | LINDA HARTER<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>DONOVAN GLASS |
| 7 | Dated: October 16, 2023 | PHILIP A. TALBERT<br>United States Attorney |
| 8 | | */s/ Justin Lee* |
| 9 | | JUSTIN LEE<br>Assistant US Attorney<br>Attorney for Plaintiff |

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **November 16, 2023 at 9:30 a.m.** The time period between October 19, 2023, and November 16, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE