IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-PO-00161-CKD |
| | ) | |
| Plaintiff, | ) | **RESTITUTION ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DONOVAN R. GLASS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### RESTITUTION ORDER

Pursuant to the agreement of the parties, the defendant, DONOVAN R. GLASS, is ordered to pay $480 in restitution in the above-captioned case.  The defendant shall pay $480 to the Clerk of the Court who shall forward payment of the restitution to the victim. The United States is ordered to provide the name and mailing address of the victim to the Clerk of the Court.

**IT IS SO ORDERED.**

Dated:  May 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1